NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GE VERNOVA HITACHI NUCLEAR ENERGY AMERICAS LLC,**
*Appellant*

---

2025-1410

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/237,637.

---

**JUDGMENT**

---

RYAN E. ALLEY, Alley IP, Alexandria, VA, argued for appellant. Also represented by MICHAEL RAYMOND CASEY, SIDDHESH PANDIT, Maier and Maier, Alexandria, VA.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee John A. Squires. Also represented by MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CUNNINGHAM, *Circuit Judge*, and SUBRAMANIAN, *District Judge*[1]).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2026
Date

Frances M. McNulty
Chief Deputy Clerk of Court

---

[1] Honorable Arun Subramanian, District Judge, United States District Court for the Southern District of New York, sitting by designation.